# EXHIBIT B

Charles C. Sipos, Bar No. 348801
CSipos@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Natalie K. Sanders, Bar No. 329916
NSanders@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Attorneys for Defendants PepsiCo, Inc.
and Stokely-Van Camp, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX KONONENKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC. New York corporation, STOKELY-VAN CAMP, INC. Illinois corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.<br><br>DECLARATION OF HEATHER FARINA IN SUPPORT OF NOTICE OF REMOVAL |

I, Heather Farina, hereby declare as follows:

1. I am currently employed at PepsiCo, Inc. ("Pepsi") as of November 2, 2009. I have personal knowledge of the matters set forth herein and could testify competently to them if called as a witness. I submit this declaration in support of Pepsi's Notice of Removal in the above-captioned matter.

2. In my capacity as Vice President of PBUS Marketing Finance, I am responsible for overseeing marketing and sales data for Pepsi's products across various distribution and retail channels. I regularly review Pepsi's internal records regarding sales of Pepsi's products, including records concerning sales performance of specific flavors and varieties, and geographic sales performance, including for Products defined in the Complaint. *See* Complaint ¶ 5.

3. Pepsi maintains sale records for the Products, as defined in the Complaint, by tracking sales of the specific "stock keeping unit" or SKU numbers associated with the Products. Those records are accessible to me.

4. Based on detailed sales data available to me, I have determined that sales of the Products' SKUs nationwide exceeded $5 million over the past four years. This figure is based on wholesale sales to distributors and retailers, and the price actually paid by consumers would be higher.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2026

Heather Farina