# EXHIBIT C

# 26CV493594

Print

## Alex Kononenko vs PepsiCo, Inc. et al (Class Action)

**Case Information**

**Case Type:** Business Tort/Unfair Bus Prac Unlimited (07)
**Case Number:** 26CV493594
**Filing Date:** 5/14/2026
**Case Status:** Active
**Court Location:** Civil

PARTIES
EVENTS
HEARINGS

Show All entries Search:

| Type | First Name | Middle Name | Last Name |
|---|---|---|---|
| Defendant | | | PepsiCo, Inc. |
| Defendant | | | Stokely-Van Camp, Inc. |
| Plaintiff | Alex | | Kononenko |

Showing 1 to 3 of 3 entries Previous 1 Next

**Attorneys**

Bold Shows Lead Attorney

Show All entries Search:

| Representing | First Name | Middle Name | Last Name |
|---|---|---|---|
| **Alex Kononenko** | **Valter** | | **Malkhasyan** |
| Alex Kononenko | Erik | | Pogosyan |

Showing 1 to 2 of 2 entries Previous 1 Next

Show All entries Search:

| File Date | File Type | Filed By | Comment | Documents |
|---|---|---|---|---|
| 5/26/2026 | Order: Deeming Case Complex | Alex Kononenko, | - signed by Judge Zayner #23844186 | PDF |
| 5/14/2026 | New Filed Case | | | |
| 5/14/2026 | Complaint (Unlimited): Provisional Complex | Alex Kononenko, | | PDF |
| 5/14/2026 | Civil Case Cover Sheet | Alex Kononenko, | | PDF |
| 5/14/2026 | Summons: Issued/Filed | Alex Kononenko, | | PDF |

Showing 1 to 5 of 5 entries Previous 1 Next

Show All entries Search:

| Department | Type | Date | Time | Result |
|---|---|---|---|---|
| Department 11 | Conference: Case Management | 9/9/2026 | 7:31PM | |

Showing 1 to 1 of 1 entries Previous 1 Next