Charles C. Sipos, Bar No. 348801
CSipos@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Natalie K. Sanders, Bar No. 329916
NSanders@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721A
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Attorneys for Defendants Pepsico, Inc.
and Stokely-Van Camp, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX KONONENKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC. New York corporation, STOKELY-VAN CAMP, INC. Illinois corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:26-cv-5731<br><br>CERTIFICATE OF SERVICE |

# PROOF OF SERVICE

I, Allison L. Jones, declare:

I am a citizen of the United States and employed in San Diego, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11452 El Camino Real, Suite 300, San Diego, CA 92130-2080. On June 12, 2026, I served a copy of the within document(s):

**NOTICE OF REMOVAL WITH EXHIBITS A-C; AND CIVIL CASE COVER SHEET.**

☒ by transmitting via my e-mail address (AllisonJones@perkinscoie.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

MALK & POGO LAW GROUP, LLP
Valter Malkhasyan (SBN 348491)
valter@malkpogolaw.com
Erik Pogosyan (SBN 345650)
erik@malkpogolaw.com
5320 Laurel Canyon Blvd.,
Valley Village, CA 91607
Tel: (818) 484-5204
Fax: (818) 824-5144

Attorney for Plaintiff and Proposed Class Alex Kononenko

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at San Diego, California, this 12th day of June 2026.

Allison L. Jones
Allison L. Jones