**MALK & POGO LAW GROUP, LLP**
Valter Malkhasyan (SBN 348491)
*valter@malkpogolaw.com*
Erik Pogosyan (SBN 345650)
*erik@malkpogolaw.com*
5320 Laurel Canyon Blvd.
Valley Village, CA 91607
Tel: (818) 484-5204
Fax: (818) 824-5144

*Counsel for Plaintiff Alex Kononenko and the proposed class*

Malk & Pogo Law Group, LLP | 5320 Laurel Canyon Blvd. | Valley Village, CA 91607

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX KONONENKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC. New York corporation, STOKELY-VAN CAMP, INC. Illinois corporation, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-05731<br><br>*Hon. Edward J. Davila*<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint Filed: May 14, 2026<br>Removal: June 12, 2026 |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Alex Kononenko ("Plaintiff"), by and through his undersigned counsel of record, hereby voluntarily dismisses all individual claims asserted in this action against Defendants PepsiCo, Inc. and Stokely-Van Camp, Inc. ("Defendants"), in their entirety.

Plaintiff has the right to voluntarily dismiss this action because Defendants have not served either an answer or motion for summary judgment in this case. Fed. R. Civ. P. 41(a)(1)(A)(i). This action was filed by Plaintiff individually and on behalf of similarly situated consumers; however, no motion for class certification has been filed or granted. Accordingly, this dismissal applies ***only*** to Plaintiff's individual claims and has no impact on the rights of any other potential class members.

Accordingly, this matter may be dismissed without prejudice and without court order.

Dated: July 2, 2026

**MALK & POGO LAW GROUP, LLP**

By: */s/ Valter Malkhasyan*
Valter Malkhasyan, Esq.
Erik Pogosyan, Esq.

Malk & Pogo Law Group, LLP | 5320 Laurel Canyon Blvd. | Valley Village, CA 91607